UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WILLIAM J. WISE,

    Plaintiff,

v.                                                      Hon. Janet T. Neff

EAST GRAND RAPIDS DEPARTMENT OF         Case No. 1:20-cv-01262
PUBLIC SAFETY, et al.,

    Defendants.

**ORDER**

I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case due to my prior knowledge of the facts in this matter. The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

    IT IS SO ORDERED.

Dated: January 6, 2021                                              /s/ Sally J. Berens
                                                                     SALLY J. BERENS
                                                                       U.S. Magistrate Judge