UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

WILLIAM J. WISE,

    Plaintiff,

v.

EAST GRAND RAPIDS DEPARTMENT OF
PUBLIC SAFETY, ET AL,

    Defendants.
_____

Case No.  1:20-cv-1262-JTN-RSK

HON.  JANET T. NEFF
MAG. JUDGE RAY S. KENT

| William J. Wise (Pro Se) | Michael S. Bogren (P34855) |
| 925 Alexander SE | Attorney for Defendants |
| Grand Rapids, MI 49507 | PLUNKETT COONEY |
| (616)  570-6045 | 333 Bridge Street, NW, Suite 530 |
| | Grand Rapids, Michigan  49504 |
| | (269) 226-8822 |
| | mbogren@plunkettcooney.com |

_____

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and this Court's Information and Guidelines for Civil Practice § III.A.1.d, defendants have moved for an extension of time to file their response to the Complaint.  Instead of filing an Answer, defendants intend to respond to the Complaint by filing a motion to dismiss for failure to state a claim upon which relief can be granted under Fed. Civ. R. Civ. P. (12(b)(6).  This Court's Information and Guidelines for Civil Practice require that a defendant first request a pre-motion conference for filing their 12(b)(6) motion and to simultaneously file a motion to extend the time to respond to the Complaint. Defendants are separately filing a pre-motion conference request with the Court on this date. Pursuant to this Court's Guidelines and Fed. R. Civ. P. 6(b)(1), the defendants seek additional time to respond to plaintiffs' Complaint.

Accordingly, defendants respectfully request this Court enter an order extending the time for them to answer or otherwise respond to plaintiff's Complaint, as determined by the Court.

                                                Respectfully submitted,

                                                PLUNKETT COONEY

DATED:  February 23, 2021         BY:  /s/ Michael S. Bogren
                                                          Michael S. Bogren (P34835)
                                                          Attorney for Defendants

Open.00560.10856.25862058-1