UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. WISE,

       Plaintiff,                          Case No. 1:20-cv-1262

v.                                                   Hon. Janet T. Neff

EAST GRAND RAPIDS DEPARTMENT
OF PUBLIC SAFETY, et al,

       Defendants.
_____/

**ORDER**

The parties appeared before me this date for a Rule 16 Scheduling Conference. As cited in plaintiff's Joint Status Report (ECF No. 30, PageID.192,193):

> "Plaintiff does not want a Magistrate Judge due to a conflict of interest between the Defendants and Magistrate Judge Ray Kent, but the Defendants want a Magistrate Judge to conduct and [sic] all proceedings in this case."

Accordingly, the Rule 16 Scheduling Conference is **adjourned** and plaintiff shall file a motion with supporting brief, within 14 days of the date of this Order, as to why the undersigned should be recused from the case. Further, this action is **STAYED** pending the filing of the motion and its resolution.

      **IT IS SO ORDERED.**

Dated: June 14, 2021                      /s/ Ray Kent
                                               RAY KENT
                                               United States Magistrate Judge