UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. WISE,

    Plaintiff,

v.

EAST GRAND RAPIDS
DEPARTMENT OF
PUBLIC SAFETY, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1262

HON. JANET T. NEFF

## OPINION AND ORDER

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion to Dismiss (ECF No. 50). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 60) on August 1, 2022, recommending that the motion to dismiss be granted and this action terminated (*id.* at PageID.298). The Report and Recommendation was duly served on the parties. Plaintiff filed a "Response" to the Report and Recommendation (ECF No. 64), which does not contain specific objections to any part of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *see Weiler v. U.S. Dep't of Treasury-Internal Revenue Serv.*, No. 19-3729, 2020 WL 2528916, at *1 (6th Cir. Apr. 24, 2020) (*de novo* review of a magistrate judge's recommendation is only required where the objections relate to factual disputes). The Court also conducted a full review of Plaintiff's claims. *See Kinard v. Stark*, 22 F. App'x 365, 367 (6th Cir. 2001). Accordingly:

    **IT IS HEREBY ORDERED** that Plaintiff's "Response" (ECF No. 64) is **DENIED**.

    **IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 60) is

2

**APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 50) is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any specific objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will enter consistent with this Order.

Dated:  September 9, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge